## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Heidi Colbert,

    Plaintiff,

vs.

Life Insurance Company of North America,
a Pennsylvania corporation, dba CIGNA
Group Insurance,

    Defendant.

Civil No. 11-1948 (RHK/TNL)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Stipulation (Doc. No. 19), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 13, 2011

                                                       s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge