## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Heidi Colbert,                                        Civil No.  11-1948 (RHK/TNL)

       Plaintiff,

                        **ORDER FOR DISMISSAL WITH PREJUDICE**

vs.

Life Insurance Company of North America,
a Pennsylvania corporation, dba CIGNA
Group Insurance,

       Defendant.

---

Pursuant to the parties' Stipulation (Doc. No. 19), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 13, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge